**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br><br> FREDDIE J WALKER <br> DEBRA A MCDOWELL WALKER <br> Debtor(s) | Case No. 12-13787 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/04/2012.

2) The plan was confirmed on 05/30/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/02/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 05/09/2017.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,860.41.

10) Amount of unsecured claims discharged without payment: $36,095.31.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $58,786.00 |
| Less amount refunded to debtor | $1,427.20 |

**NET RECEIPTS:** $57,358.80

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,506.95 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,506.95

Attorney fees paid and disclosed by debtor:        $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACCOUNTS RECOVERY BUREAU | Unsecured | 559.00 | 747.20 | 747.20 | 464.83 | 0.00 |
| ADVANCE TIL PAYDAY | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| ARBOR CENTER FOR EYE CARE | Unsecured | 377.00 | NA | NA | 0.00 | 0.00 |
| ASPEN | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| AT & T MOBILITY | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 904.00 | NA | NA | 0.00 | 0.00 |
| CASH AMERICA | Unsecured | 300.00 | 565.95 | 483.33 | 188.50 | 0.00 |
| CHANDRA DIAGNOSTIC CARDIOLOG | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH INC | Unsecured | 500.00 | 578.00 | 578.00 | 359.57 | 0.00 |
| CHECK N GO | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 692.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 296.00 | NA | NA | 0.00 | 0.00 |
| DR LEONARDS | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| DR LEONARDS | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 690.00 | 341.35 | 341.35 | 212.35 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 342.00 | 427.34 | 427.34 | 265.85 | 0.00 |
| FC & A | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| FIRST CHOICE LOANS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Secured | 7,177.92 | 11,965.09 | 11,965.09 | 11,965.09 | 899.78 |
| GLOBAL PAYMENTS | Unsecured | 200.00 | 25.00 | 25.00 | 15.55 | 0.00 |
| GREAT AMERICAN FINANCE | Secured | 986.00 | 600.00 | 600.00 | 600.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | NA | 86.47 | 86.47 | 53.79 | 0.00 |
| GREGORY HOWARD | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |
| HAMILTON COLLECTION | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| HELIG MEYER | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| HICKORY CARDIAC CARE | Unsecured | 415.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 2,198.00 | 2,198.00 | 2,198.00 | 1,367.37 | 0.00 |
| IL DEPT OF REVENUE | Priority | 0.00 | 284.21 | 284.21 | 284.21 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | NA | 301.65 | 301.65 | 187.66 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INGALLS MEMORIAL HOSPITAL | Unsecured | 864.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 1,056.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 10,000.00 | 10,498.81 | 10,498.81 | 10,498.81 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 4,644.00 | 1,870.95 | 1,870.95 | 1,163.91 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 357.00 | 357.33 | 357.33 | 222.29 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 500.00 | 340.00 | 340.00 | 211.51 | 0.00 |
| LAKE ANESTHESIA ASSOC | Unsecured | 444.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| MARLIN INTEGRATED CAPITAL | Unsecured | 775.00 | NA | NA | 0.00 | 0.00 |
| MASSYS | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 295.00 | 2,635.00 | 2,535.00 | 1,577.02 | 0.00 |
| NATIONAL AUTO FINANCE CO | Unsecured | 20,983.00 | 20,983.18 | 20,983.18 | 13,053.59 | 0.00 |
| NATIONAL PENN CORP | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 534.00 | 634.68 | 634.68 | 394.83 | 0.00 |
| ORCHARD BANK | Unsecured | 333.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 770.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS COOP COMMUNITY ME | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS COOP COMMUNITY ME | Unsecured | 278.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS COOP COMMUNITY ME | Unsecured | 1,055.00 | NA | NA | 0.00 | 0.00 |
| POSITIVE PROMOTIONS | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 427.00 | 381.11 | 381.11 | 237.09 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 1,446.00 | 1,473.77 | 1,473.77 | 916.83 | 0.00 |
| PREMIER BANK CARD | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| PRIMARY CARE ASSOCIATES | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| PROVIDIAN NATIONAL BANK | Unsecured | 469.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| SANTA BARBARA BANK & TRUST | Unsecured | 1,257.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 4,000.00 | 10,919.21 | 4,000.00 | 4,000.00 | 133.36 |
| SANTANDER CONSUMER USA | Unsecured | 884.34 | 0.00 | 6,919.21 | 4,304.42 | 0.00 |
| SHOP NOW PAY PLAN | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| SHOP NOW PAY PLAN | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| SKYLINE DISPOSAL | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| SKYLINE DISPOSAL | Unsecured | 343.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL | Unsecured | 1,115.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 293.00 | 602.98 | 602.98 | 375.11 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 93.55 | 93.55 | 58.20 | 0.00 |
| TRIBUTE | Unsecured | 602.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 1,342.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | NA | 1,100.81 | 1,100.81 | 684.81 | 0.00 |
| VERIZON WIRELESS | Unsecured | 571.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF FORD HEIGHTS | Unsecured | NA | 250.00 | 250.00 | 155.52 | 0.00 |
| VILLAGE OF SOUTH CHICAGO HEIGH | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| WALGREENS | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| WILLIAM B EVANS MD | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|    Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|    Debt Secured by Vehicle | $15,965.09 | $15,965.09 | $1,033.14 |
|    All Other Secured | $600.00 | $600.00 | $0.00 |
| **TOTAL SECURED:** | **$16,565.09** | **$16,565.09** | **$1,033.14** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $10,783.02 | $10,783.02 | $0.00 |
| **TOTAL PRIORITY:** | **$10,783.02** | **$10,783.02** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$42,730.91** | **$26,470.60** | **$0.00** |

| **Disbursements:** | |
|---|---:|
|    Expenses of Administration | $2,506.95 |
|    Disbursements to Creditors | $54,851.85 |
| **TOTAL DISBURSEMENTS :** | **$57,358.80** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/07/2017                By: /s/ Tom Vaughn
                                                     Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**